

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2015

No. 04-14-00151-CV

Tanita F. **KEHOE**, Scott Kehoe, and Thomas David White, Jr.,
Appellants

v.

Edward A. **CLOUSE** and Helen R. Clouse,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 10-627-CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Jason K. Pulliam, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court